| 6299081 | 226126 | ARTHUR | ELSWORTH | DENHAM | UNITED STATES | USA | INTERVENTION SERVICES | Handbook for US Weatherford Employees | Completed | 12/18/2017 | 12/18/2017 | | |

**EXHIBIT C**