

# HANDBOOK FOR U.S. WEATHERFORD EMPLOYEES



  



EXHIBIT D



 **EMPLOYEE HANDBOOK - U.S.**

## WORKPLACE EXPECTATIONS (continued)

### DISPUTE RESOLUTION PROGRAM ("DRP")

Conflicts in workplaces often occur. If you have a work-related problem, or if you are responsible for handling or responding to employee concerns, the DRP can help. Its purpose is to offer you flexible options for airing and settling almost every kind of workplace conflict or concern, while maintaining strict adherence to confidentiality and neutrality. The goal of the DRP is to resolve disputes quickly and fairly, repair damaged relationships, and foster a better work environment.

The DRP offers four options for resolving workplace concerns that can be used in any order, depending on the nature of the situation. These options can be used to resolve matters ranging from minor misunderstandings to violations of legally protected rights. They are:

OPEN DOOR (1) Because the Open Door process has proven to be the most effective option for resolving work-related disputes, we encourage people to use this option first. It provides immediate access to all levels of management. You may also call the DRP for confidential assistance from an Ombudsman. Your Ombudsman can coach you and give you tips on how to guide your "direct communication" to a mutually agreeable conclusion.

OMBUDSMAN SERVICES (2) This option allows you to customize your approach to your workplace concern. It can provide a setting for you to discuss your situation with an Ombudsman or Ombuds in a confidential and neutral manner. With your permission, the Ombuds can gather information for you, help you identify options for resolution using other internal resources, or coach you on how to help yourself. In the past, this option has proven to be a valuable method for resolving disputes at the lowest possible level, as it can work quickly and promotes a better work environment.

EXTERNAL MEDIATION (3) This process gives you the opportunity to resolve your dispute with assistance from a trained, independent mediator from outside the Company. The mediator makes suggestions for resolution, but doesn't decide how you will resolve the dispute…that's up to you and the Company.

ARBITRATION (4) A process in which you and the Company present your dispute to an arbitrator for a final and binding decision. The arbitrator can award any remedy you might receive in a court of law. The DRP uses two external organizations that provide impartial arbitrators. Because arbitration is final and binding, you are encouraged to contact an Ombuds before filing for arbitration. Your Ombuds will help you ensure that all of the more collaborative options have been exhausted.

If an employee accepts or continues employment with any Weatherford company, the employee and Weatherford thereby agree to all provisions of the Dispute Resolution Program. This agreement includes the requirement that certain legal disputes not resolved through Options 1, 2, or 3 be submitted to final and binding arbitration rather than to a jury or through the courts.

For more information about the DRP, please contact the Ombuds or visit Weatherford's website to review digital brochures and the DRP Plan and Rules in detail.

**DRP & Ombuds Contact Information**

| **Confidential Phone Lines:** | **Confidential Fax:** | **Email the Ombuds at:** |
|---|---|---|
| +1.713.836.4010<br>+1.844.606.4529 (Toll Free) | +1.713.836.5105 | DRP@Weatherford.com |

*Translation Services Available