1
2
3
4
5
6
7
8
9
10
11
12

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

13
14
15
16
17
18
19
20
21
22

| | |
|---|---|
| ARTHUR DENHAM,<br><br>    Plaintiff,<br><br>vs.<br><br>WEATHERFORD U.S., L.P., a limited partnership; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No.: 2:23-cv-04045-RGK-JCx<br><br>**[PROPOSED] ORDER COMPELLING ARBITRATION AND STAYING CASE**<br><br>Hon. R. Gary Klausner<br><br>Removed: May 25, 2023 |

23
24
25
26
27
28

    Before the Court is Defendant Weatherford U.S., L.P.'s Motion to Compel Arbitration. Upon due consideration of the Motion and all facts related thereto, the documents filed in opposition thereto, and oral argument given, the Court finds that the present dispute is subject to a valid and enforceable arbitration agreement.

Accordingly, Defendant Weatherford U.S., L.P.'s Motion to Compel Arbitration is hereby **GRANTED**.

The parties shall proceed to arbitration in accordance with the terms of the arbitration agreement.

Pursuant to 9 U.S.C. § 3, this case is hereby **STAYED** pending the completion of the arbitration.

**IT IS SO ORDERED.**

Dated:

_____
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT COURT JUDGE