# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR DENHAM <br><br> PLAINTIFF(S) <br><br> v. <br><br> WEATHERFORD U.S. L.P., et al. <br><br> DEFENDANT(S). | CASE NUMBER: <br><br> 2:23−cv−04045−RGK−JC <br><br><br> **ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S)** |

The Court hereby **ORDERS** the documents listed below be **STRICKEN** for failure to comply with the Court's Local Rules, General Orders, and/or Case Management Order, as indicated:

  6/16/2023   /   10   /   NOTICE OF MOTION AND MOTION to Compel Arbitration

*Date Filed     Doc. No.     Title of Document*

  __   /   __   /   __

*Date Filed     Doc. No.     Title of Document*

Other:
Document contains single spaced text in violation of L.R. 11−3.6. Counsel shall have 2 days to file a corrected document with new hearing date.

Dated: June 16, 2023          By: /s/ *R. Gary Klausner*
                                              U.S. District Judge

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G−106 (6/12)        ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S)