HEATHER D. HEARNE, SBN 254496
hdh@kullmanlaw.com
**THE KULLMAN FIRM**
A Professional Law Corporation
10233 South Parker Rd., Suite 306
Parker, CO 80134
Tel.: (720) 447-6628
Fax: (225) 906-4230

Attorney for Defendant
Weatherford U.S., L.P.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ARTHUR DENHAM,<br><br>    Plaintiff,<br><br>vs.<br><br>WEATHERFORD U.S., L.P., a limited partnership; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No.: 2:23-cv-04045-RGK-JCx<br><br>**DECLARATION OF MELANIE PORTRA IN SUPPORT OF DEFENDANT WEATHERFORD U.S., L.P.'S MOTION TO COMPEL ARBITRATION**<br><br>Judge:   R. Gary Klausner<br>Hearing: July 17, 2023<br>Time:    9:00 a.m.<br>Ctrm:    850, 8th Floor |

I, MELANIE PORTRA, declare as follows:

  1. I am a Senior Human Resources Advisor, employed by Weatherford U.S., L.P. ("Weatherford"). I have personal knowledge of the facts stated in this Declaration. If called upon to do so, I could and would testify competently thereto. I submit this Declaration in support of Weatherford's Motion to Compel Arbitration.

2. I have been employed by Weatherford since 2010. As a Senior HR Advisor, I have access to the personnel files and employment data for current and former employees of Weatherford. I am also familiar with the personnel policies and procedures of the Company, including the Dispute Resolution Plan ("DRP"). I am competent to testify to all of the facts stated in this Declaration either through personal knowledge or my review of records kept in the ordinary course of business.

## WEATHERFORD U.S., L.P.

3. Weatherford U.S., L.P. is a limited partnership, formed in the State of Louisiana with its executive and administrative operations at its headquarters in Houston, Texas. The company provides a full range of energy services and solutions.

4. Weatherford regularly and substantially conducts interstate commerce. Specifically, Weatherford operates facilities in many states and several countries, serving people from inside and outside of California, utilizing interstate mail and travel systems, and recruiting and advertising inside and outside California. Weatherford employees have a far-flung network of company resources which they can and do access across state and country lines.

## THE DISPUTE RESOLUTION PLAN

5. The DRP provides employees with a mandatory system for settling workplace disputes and provides for mandatory, binding arbitration of most legal claims, including employment-related claims. The DRP is the exclusive means for addressing workplace conflicts and requires that legal claims be addressed through binding arbitration.

6. Attached hereto as **Exhibit A** is a true, accurate, and complete copy of the DRP.

## ARTHUR DENHAM'S AGREEMENT TO THE DRP

7. Plaintiff Arthur Denham ("Plaintiff") was employed by Weatherford from July 1, 2015, to June 20, 2022.

8. During his employment, Plaintiff was assigned a company email address: Arthur.denham@weatherford.com. Plaintiff was required to and did create a pin, which he used in connection with his email address to conduct company business, read and respond to emails, and log onto Weatherford's intranet to access internal company systems, policies, and other documents and tools. Employees are directed to maintain the privacy of their login credentials, and with the exception of IT personnel, only the employee to whom the credentials are assigned is permitted to access an employee's emails.

9. On January 4, 2017, all Weatherford employees received notice of the updated Weatherford Employee Handbook via an email their company-assigned email address. Attached hereto as **Exhibit B** is a true and correct copy of the email sent to Plaintiff at his company-assigned email address regarding the updated Employee Handbook. The email contained a link directing Plaintiff to review and acknowledge the updated handbook.

10. Plaintiff acknowledged receipt of Weatherford's 2017 Employee Handbook on December 18, 2017 by clicking on the link embedded within the email. This acknowledgment is reflected in Weatherford's business records, attached hereto as **Exhibit C**.

11. Weatherford's 2017 Employee Handbook contained a provision stating that any employee who continues employment at Weatherford agrees to be bound by the terms of the DRP. Attached hereto as **Exhibit D** is a true, accurate, and complete copy of the relevant page of the 2017 Employee Handbook. The Employee Handbook was available on Weatherford's intranet for employees to review at any time.

12. In January 2021, Weatherford introduced revisions to its DRP. At that time, it sent notice via email to all employees, including Plaintiff, that by continuing their employment with Weatherford, they were agreeing to be bound by the amended DRP. Attached hereto as **Exhibit E** is a true, accurate, and complete copy of the notice sent to Plaintiff at his company-assigned email address regarding the revisions to the DRP.

13. After receiving notice of the updated DRP, Plaintiff continued to be employed by Weatherford for another 17 months until his separation on June 20, 2022.

I declare under penalty of perjury of the laws of the United States and the State of California that the foregoing is true and correct.

Executed this 15 day of June in Williston, North Dakota.

By: *[signature]*

MELANIE PORTRA