| | |
|---|---|
| **From:** | US Human Resources <HR.US@weatherford.com> |
| **Sent:** | Monday, December 4, 2017 11:14 AM |
| **To:** | DL Everyone US |
| **Subject:** | New U.S. Employee Handbook |





### ePolicy Acknowledgement Required

We are happy to introduce our new U.S. Employee Handbook, your resource for all things Weatherford. It includes everything from our mission and core values to dress code policy to benefits information. And as an electronic document, any updates will be readily available and easily accessible to all U.S. employees.

Please click the button below to view the new Handbook on The Exchange:



**ePolicy Acknowledgement:**
You will soon receive an email from Employee Connect asking you to acknowledge the Handbook via ePolicy. Please do so within 30 days. If you do not have access to Employee Connect, please have your manager contact your HR Representative for further instruction.

Thank you for all you do.

1

EXHIBIT B



2