| | |
|---|---|
| **From:** | Executive Leadership Announcements <noreply@onewftapp.weatherford.com> |
| **Sent:** | Thursday, January 14, 2021 5:12 PM |
| **To:** | arthur.denham@weatherford.com |
| **Subject:** | Important Notice: Changes to the Dispute Resolution Program Plan and Rules |





### IMPORTANT NOTICE

The purpose of this communication is to inform you of changes to our Dispute Resolution Plan and Rules ("DRP"). We understand that conflicts in the workplace may arise and, as a Company, Weatherford wants to ensure you have options for dealing with these conflicts. Our DRP was implemented in 2016 to offer you a flexible process with options for airing and settling almost every kind of workplace concern. We recently revised our DRP to ensure it continues to help effectively resolve disputes, and as these are the first changes that have been made since the DRP was implemented, we want to ensure you are aware of their impact to our program.

# Changes to the Weatherford Dispute Resolution Program Plan and Rules

Under the terms of the DRP, virtually all legal Disputes (as defined in the DRP) concerning your employment, the terms and conditions of your employment, and/or your separation from employment are subject to final and binding resolution exclusively by arbitration. In other words, both you and the Company waive the right to have a Dispute decided by a judge or jury. You do not, however, give up any legal remedies that would otherwise be available to you in a court of law. The changes to the DRP include the elimination of the Ombudsmen role and changes with respect to the mediation option and confidentiality.

You may access a copy of the revised DRP [here](). You are strongly encouraged to review the DRP carefully because the changes and updates impact your legal rights. These changes and updates will become effective thirty (30) days after you receive this Notice ("Effective Date").

There are additional changes besides the ones described in this Notice, so it is very important that you [read and understand the entire DRP]() and complete your acknowledgement via [WCAP](). You may find detailed instructions for completing your acknowledgment in WCAP [here]().

As noted above, by continuing your employment with Weatherford after the Effective Date, you are agreeing to be bound by the amended DRP. Any attempt to reject any or all of the terms of the revised DRP other than by separation of employment will not preclude application or enforcement of the DRP to future Disputes. In addition, this Notice does not alter the at-will status of your employment with Weatherford.

If you have questions about the Plan, Rules, or any of the changes or updates, please contact David Morris, AGC – Global Head of Litigation.

