1
2
3
4
5
6
7
8
9
10
11
12

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

13  ARTHUR DENHAM,
14
15      Plaintiff,
16  vs.
17  WEATHERFORD U.S., L.P., a limited partnership; and DOES 1 through 10, inclusive,
18
19
20      Defendants.
21
22

Case No.: 2:23-cv-04045-RGK-JCx

**[PROPOSED] ORDER COMPELLING ARBITRATION AND STAYING CASE**

Hon. R. Gary Klausner

Removed: May 25, 2023

23
24      Before the Court is Defendant Weatherford U.S., L.P.'s Motion to Compel
25  Arbitration.  Upon due consideration of the Motion and all facts related thereto, the
26  documents filed in opposition thereto, and oral argument given, the Court finds that
27  the present dispute is subject to a valid and enforceable arbitration agreement.
28

1

**[PROPOSED] ORDER COMPELLING ARBITRATION AND STAYING CASE**

Accordingly, Defendant Weatherford U.S., L.P.'s Motion to Compel Arbitration is hereby **GRANTED**.

The parties shall proceed to arbitration in accordance with the terms of the arbitration agreement.

Pursuant to 9 U.S.C. § 3, this case is hereby **STAYED** pending the completion of the arbitration.

**IT IS SO ORDERED.**

Dated:

_____
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT COURT JUDGE

[PROPOSED] ORDER COMPELLING ARBITRATION AND STAYING CASE