**Exhibit**

**A**



# HANDBOOK FOR U.S. WEATHERFORD EMPLOYEES



  



 **EMPLOYEE HANDBOOK - U.S.**

## LETTER FROM THE CEO

Welcome to Weatherford.

You have joined a world-class organization that puts its employees first. We provide employees with growth opportunities, job satisfaction, attractive compensation, competitive benefits, and the chance to make direct contributions to our future success. This handbook outlines the terms of your partnership with us, what you can expect from Weatherford and what we expect and offer you in return.

Our commitments to you are simple and straightforward:

- Individual Development: Our goal is to attract and retain the highest quality talent. We want you to succeed, and we are committed to providing you with the training and support you need to thrive. In return, we want you to be innovative, be bold, and embrace our One Weatherford spirit.

- Competitive Pay for Competitive Performance: Weatherford has reshaped and decentralized its operations to give employees more authority and responsibility, and we make sure you are rewarded for superior performance. In return, we expect you to strive to achieve the organization's goals and contribute to the Company's bottom line. In the end, this is what will help us grow our competitive advantage.

- A Safe Place to Work: We will provide you with a safe and clean working environment. In return, we expect you to perform your work to the highest standards of quality and safety. We encourage you to become familiar with the information contained in this handbook. If you have questions that are not covered in this content, please direct them to your supervisor or to your appropriate Human Resources representative. We are hopeful that your association with us will be mutually rewarding.

You are already a valued member of the One Weatherford family. Thank you in advance for your service, which will undoubtedly make a positive impact on our Company. My door is always open.



Mark A. McCollum
President and Chief Executive Officer

*The information contained herein is set forth merely as a guideline and each matter will be decided on an individual basis. Further, the Company (Weatherford International Ltd.) reserves the right to change any guidelines, compensation or benefits at any time without notice. All references in this handbook will be to the "Company," meaning Weatherford. Policies contained in this handbook are summarized, and reference should be made to the actual policy in the Management Guide for specific information or interpretation.*

 © 2017 Weatherford. All rights reserved. Handbook revised December 1, 2017.



**EMPLOYEE HANDBOOK - U.S.**

## TABLE OF CONTENTS

| | |
|---|---|
| 02 | **LETTER FROM THE CEO** |
| 04 | **ABOUT WEATHERFORD** |
| 05 | **OUR MISSION** |
| 06 | **OUR STRENGTH** |
| 06 | OUR PEOPLE |
| 06 | OUR TECHNOLOGY |
| 06 | SAFETY, SERVICE QUALITY, AND RELIABILITY |
| 06 | SUSTAINABILITY |
| 07 | **COMPLIANCE AND ETHICS** |
| 07 | CODE OF BUSINESS CONDUCT |
| 07 | GUIDANCE/REPORTING CONCERNS |
| 08 | **DIVERSITY** |
| 08 | DIVERSE AND INCLUSIVE PROGRAM |
| 08 | EQUAL OPPORTUNITY AND AFFIRMITIVE ACTION |
| 08 | ANTI-HARRASMENT/DISCRIMINATION |
| 09 | AMERICANS WITH DISIBILITIES ACT |
| 10 | **SAFETY AND ENVIRONMENTAL PROTECTION** |
| 10 | SAFETY AND HEALTH |
| 10 | INCIDENTS |
| 11 | HOUSEKEEPING |
| 11 | SAFETY GLASSES |
| 11 | SAFETY SHOES |
| 11 | HARD HATS |
| 12 | OTHER PERSONAL PROTECTIVE EQUIPMENT |
| 12 | ENVIRONMENTAL PROTECTION |
| 12 | DRIVING PERSONAL OR COMPANY OWNED VEHICLES |
| 13 | WEAPONS |
| 14 | SUBSTANCE-FREE WORKPLACE |
| 14 | WORKPLACE VIOLENCE |
| 15 | **EMPLOYMENT** |
| 15 | AT-WILL EMPLOYMENT |
| 15 | BACKGROUND CHECKS |
| 16 | EMPLOYEE REFERENCES |
| 16 | EMPLOYMENT OF MINORS |
| 16 | EMPLOYMENT OF RELATIVES |
| 16 | JOB POSTING |
| 17 | TRANSFER |
| 17 | RELOCATION |
| 17 | PROMOTION |
| 18 | DISCIPLINE PROCESS |
| 18 | PROBATION/INTRODUCTORY PERIOD |
| 18 | REDUCTION-IN-FORCE |
| 18 | RESIGNATION/TERMINATION |
| 18 | RE-EMPLOYMENT |
| 19 | **WORKPLACE EXPECTATIONS** |
| 19 | HOURS OF WORK |
| 19 | TIME RECORDS |
| 19 | PUNCTUALITY |
| 20 | ATTENDANCE |

| | |
|---|---|
| 20 | JOB ASSIGNMENTS |
| 20 | SHIFT CANCELLATION |
| 21 | PERFORMANCE MANAGEMENT |
| 21 | TRAINING |
| 21 | GENERAL CONDUCT |
| 23 | OUTSIDE EMPLOYMENT |
| 23 | PERSONAL WORK RELATIONSHIPS |
| 23 | DRESS CODE |
| 24 | UNIFORMS |
| 24 | PERSONAL PROPERTY |
| 24 | TELEPHONE CALLS AND CELLULAR PHONES |
| 25 | COMPUTER USAGE, VOICE MAIL, AND E-MAIL |
| 25 | SOCIAL MEDIA POLICY |
| 26 | OPEN DOOR COMMUNICATIONS |
| 26 | OPEN DISCUSSION |
| 27 | DISPUTE RESOLUTION PROGRAM ("DRP") |
| 28 | PERSONNEL RECORDS |
| 28 | DATA PRIVACY |
| 29 | SOLICITING |
| 29 | SMOKING |
| 30 | UNION-FREE ENVIRONMENT |
| 30 | **COMPENSATION AND BENEFITS** |
| 30 | PAYDAY |
| 30 | OVERTIME |
| 31 | PAY TRANSPARENCY FOR FEDERAL CONTRACTORS |
| 31 | PAYCHECK DISTRIBUTION |
| 31 | DIRECT DEPOSIT |
| 31 | EMPLOYEE BENEFITS |
| 32 | EDUCATION ASSISTANCE (FOR EMPLOYEES) |
| 32 | SCHOLARSHIP PROGRAM (FOR DEPENDENT CHILDREN OF EMPLOYEES) |
| 33 | **TIME OFF/LEAVES OF ABSENCE** |
| 33 | VACATION |
| 34 | HOLIDAYS |
| 34 | PERSONAL/SICK LEAVE |
| 35 | LEAVES OF ABSENCE |
| 35 | -INJURY OR ILLNESS |
| 35 | -FAMILY AND MEDICAL LEAVE ACT |
| 36 | -SHORT-TERM DISABILITY |
| 36 | -MILITARY |
| 37 | -BEREAVEMENT |
| 37 | -CIVIC DUTY |
| 37 | -NATURAL DISASTER/OTHER UNCONTROLLABLE EVENT |
| 37 | -UNPAID PERSONAL LEAVE |
| 38 | **EMPLOYEE HANDBOOK ACKNOWLEDGEMENT** |

 **EMPLOYEE HANDBOOK - U.S.**

## ABOUT WEATHERFORD

Weatherford (NYSE: WFT) is among the largest oil and gas service providers, with a global network of manufacturing, service, research and development, and training facilities in more than 90 countries. Our portfolio includes innovative solutions, technologies, and services for drilling and evaluation, well construction, completions, and production. Designed to meet the evolving needs of our industry, our comprehensive service capabilities and differentiating technologies enable customers to maximize recovery, achieve or regain well integrity, and optimize production for the life of the well.

### DRILLING & EVALUATION

Our Drilling and Evaluation group maximizes reservoir exposure with expert engineering and exclusive technologies, including directional drilling and rotary steerable systems. We're also the industry leader for managed pressure drilling, which mitigates hazards, minimizes formation damage, and optimizes drilling performance.

Our formation evaluation teams reduce reservoir uncertainty. We merge a complete portfolio of wellsite services—including wireline, logging-while-drilling, and surface logging—with laboratory-fluid and core analyses that transform downhole uncertainty into informed well-construction and production decisions.

### COMPLETIONS

After drilling and evaluation, we set the stage for prolific production with our field-proven completion portfolio. Our modern technologies minimize costs, reduce risks, and optimize production for any completion design.

The key to our completion systems is zonal isolation. We provide robust safety systems, isolation packers, and liners. Then we maximize production with gas-lift systems, sand control, downhole monitoring, and flow-control technologies.

### WELL CONSTRUCTION

Weatherford well construction services are renowned for industry-leading well integrity. Our research and development teams have set new standards, which translates to huge cost savings for our customers.

We are a global leader in tubular running services. With more than 60 years of experience and a portfolio ranging from conventional equipment to advanced mechanized rig systems, we enhance tubular-running safety and efficiency.

Our intervention services extend the productive life of any asset. Skilled people re-establish well integrity, maintain a productive wellbore, and finally expose more of the reservoir with our re-entry services. And when economics no longer justify intervention, our safe, efficient well-abandonment services deliver permanent well integrity.

### PRODUCTION

Our reputation is also strongly tied to longstanding leadership in production technologies and services. From initial to late-stage production, we offer unsurpassed global expertise that boost asset productivity.

Weatherford is the only service provider that offers a complete production ecosystem for every form of artificial lift. Our technologies—ranging from production software to testing services and flow-measurement systems—help our customers to achieve optimal field performance.

Further, we're elevating the entire artificial-lift segment beyond commodity. Leveraging our extensive expertise with digital technologies, we offer next-generation, Smart Lift solutions.

 © 2017 Weatherford. All rights reserved. Handbook revised December 1, 2017.



EMPLOYEE HANDBOOK - U.S.

## OUR MISSION

Weatherford delivers innovative technologies and services designed to meet the world's current and future energy needs in a safe, ethical, and sustainable manner. Grounded by our core values and inspired by our world-class people, we are committed to being a trusted business partner to those we serve.

### CORE VALUES:

- Ethics and integrity – An unwavering commitment to act respectfully and responsibly in every aspect of our work

- Discipline and accountability – A commitment to work toward set goals, and dedication to delivering on those goals

- Flawless execution – A relentless pursuit to deliver maximum value to our customers and achieve the highest levels of safety and service quality

- Collaboration and partnership – A dedication to building strong and transparent relationships with our customers, partners, and each other that further our shared mission

- Innovation and technology leadership – Inspiration and drive to create technologies that deliver exceptional value

- Commitment to sustainability – A focus on the diversity of our enterprise and awareness of the impact our actions today have on the future for our stakeholders, community, and environment

### WE ARE ONE WEATHERFORD

We are intensively focused on our operational direction and strategy. Each and every one of us plays a critical role in the strength and success of our Company. Individually, we are impressive. Together, we are unstoppable. We are One Weatherford.

We want to share stories of how you embody the spirit of One Weatherford. Contact us at OneWeatherford@weatherford.com for more information.



© 2017 Weatherford. All rights reserved. Handbook revised December 1, 2017.   **5**

 **EMPLOYEE HANDBOOK - U.S.**

# OUR STRENGTH

We are strengthening our structural productivity and building on our operating progress to date with more cost rationalization, cash discipline, systemic talent upgrades, and an intensified drive in helping our customers improve their own efficiencies and economics.

We are focused on integration in all stages of the drilling and production life cycle. Integration enables us to enhance the value of our customers' assets, reducing uncertainty and more efficiently exploiting hydrocarbons.

As a paramount mindset, Weatherford maintains a culture based on safety, quality, and reliability in all product lines.

*We will accomplish our mission by adhering to our core values and through the following strategies:*

### OUR PEOPLE

At Weatherford, strong performance is recognized and rewarded. In exchange, we are committed to providing you with expanding responsibilities, a structured career path, and challenging projects that will make a direct impact in the industry.

### OUR TECHNOLOGY

Weatherford is focused on delivering integrated technologies that minimize cost, maximize efficiency, and optimize performance for our customers.

### SAFETY, SERVICE QUALITY, AND RELIABILITY

Weatherford continually seeks new ways to improve safety performance, service quality, and reliability.  We measure success through our performance for our customers. The Operational Excellence & Performance System (OEPS), Weatherford's best-in-class management system, arms employees with critical resources (SOP's, technical work instructions, etc.) and sets our expectations for reliability, quality, health, safety, environmental and security performance. Information is housed on our industry-leading OEPS Online platform.

### SUSTAINABILITY

Weatherford manages business with a commitment to sustainability at all levels of decision making. We understand a culture of sustainability adds value to all aspects of our business, helping us better assess risks and opportunities, ultimately leading us to improved cost savings for long-term value creation.



   © 2017 Weatherford. All rights reserved. Handbook revised December 1, 2017.

 EMPLOYEE HANDBOOK - U.S.

## COMPLIANCE AND ETHICS

### CODE OF BUSINESS CONDUCT

Weatherford's Code of Business Conduct ("our Code") outlines the shared values and behaviors that we must adhere to in all of our business transactions and interactions with our key stakeholders, including, but not limited to, fellow employees, customers, business partners, shareholders, suppliers, government regulators and communities.

Because we are One Weatherford, our Code applies to all employees, contractors, officers and directors of Weatherford regardless of location. Failure to comply with our Code and the policies and procedures that support our Code can have serious consequences, including disciplinary action, up to and including termination, as well as possible civil or criminal penalties.

Our Code and the policies and procedures supporting our Code that are administered by Compliance are available within the Compliance section of Weatherford's intranet site or by contacting a member of the Compliance team anytime.  The Code is also accessible via the Company's internet site at www.Weatherford.com under the "Corporate Governance" section.

Policy Reference: Compliance

### GUIDANCE/REPORTING CONCERNS

If you require guidance, have a concern, or become aware of a situation that may involve a violation of our Code, Weatherford policy, procedure, and/or any applicable law or regulation, you should report it to the Company.  Weatherford has established avenues discussed in our Code for seeking guidance and/or reporting a concern or situation that may involve violations of our Code, Weatherford policy, procedures, and/or any applicable law or regulation, as well as through steps set out at Listen Up, the Company's ethics and compliance reporting program.  Contact information and country-specific access numbers for Listen Up are available within the Compliance section of Weatherford's intranet site, at www.Weatherford.com under the "Corporate Governance" section, and on posters in your facility's common areas.

Listen Up is a 24-hour service managed by an independent, third-party provider that accommodates over 100 languages. Listen Up will either provide a forum for you to report concerns or direct you to the appropriate reporting process specific for your country so that you may seek guidance or bring concerns about questionable conduct under our Code to Weatherford's attention.

### LISTEN UP IS THE COMPANY'S ETHICS AND COMPLIANCE REPORTING PROGRAM.
### WWW.LISTENUPWFT.COM

*Suspected violations may be reported either anonymously, where allowed by local law, or by identifying yourself. Please keep in mind, however, that in some circumstances it may be more difficult or even impossible for Weatherford to thoroughly investigate reports that are made anonymously. You are therefore encouraged to share your identity when reporting. Weatherford will treat all reports confidentially, consistent with a thorough investigation and applicable law. Weatherford will not tolerate retaliation against employees for making good faith reports and/or participating in investigations of actual or suspected violations of our Code, Weatherford policy, procedure, or any applicable law or regulation. Disciplinary action may be taken against anyone who retaliates against such employees.*

*All reports will be investigated promptly and thoroughly, consistent with applicable law, and appropriate corrective or disciplinary action will be applied whenever necessary.*

*Contact information and country-specific access numbers for Listen Up are available on the Compliance section of Weatherford's intranet site and via the Company's internet site at www.weatherford.com under the "Corporate Governance" section and on posters in your facility's common area.*

© 2017 Weatherford. All rights reserved. Handbook revised December 1, 2017.   **7**

 EMPLOYEE HANDBOOK - U.S.

# DIVERSITY

## DIVERSE AND INCLUSIVE PROGRAM

Our success depends on the quality of our people. We understand that diversity and quality go hand in hand. Our Diverse and Inclusive program celebrates diversity across all facets of life including gender identity, race, age, national or ethnic origin, religion, language, sexual orientation, physical ability, veteran status, skills and talent, life experience, education, beliefs, family status and values.

To learn more or get involved, contact Diversity@weatherford.com.

## EQUAL EMPLOYMENT OPPORTUNITY (EEO) AND AFFIRMATIVE ACTION

The Chief Executive Officer has directed the continuance of an affirmative plan to maintain a corporate EEO policy. All locations and Company affiliates are responsible for the consistent application and administration of this policy.

It is the policy of the Company to afford equal opportunity for employment to all individuals regardless of race, color, religion, sex, sexual orientation, gender identity, age, national origin, citizenship, protected veteran status, disability, genetic information or other status protected by applicable law, and to prohibit discrimination and harassment based on any of these factors. In that regard, it is also Weatherford's policy that we will recruit, hire, train, promote persons in all job titles, and ensure all other personnel actions are administered, without regard to the foregoing bases or other status protected by applicable law. Management will maintain affirmative action procedures and practices to fulfill the objectives of this policy.  A supervisor's work performance is evaluated in part on his or her equal opportunity efforts and results. The Company also observes the fair employment laws in each jurisdiction in which we operate.

The Company will track affirmative action and continually monitor all personnel actions to ensure the consistent and effective administration of this policy. Further, full cooperation and assistance of all employees is expected.

Any employee who has questions regarding our EEO policy or feels that this policy has not been followed should discuss the matter with his or her respective supervisor, department/area manager or Human Resources Representative.

Policy Reference: Equal Employment Opportunity and Affirmative Action Policy

## ANTI-HARASSMENT/DISCRIMINATION

It is the intention of the Company to maintain a working environment free from all forms of harassment, whether it is sexual, physical, visual or verbal. Harassment, such as but not limited to sex, sexual orientation or gender identity, race, color, creed, religion, age, disability, national origin, marital status, veteran status or any other status protected by federal, state or local laws. All forms of harassment of, or by, employees, vendors, visitors, customers, and clients are strictly prohibited.

Where harassment has been substantiated, the Company will immediately take appropriate disciplinary action, which may include temporary suspension or termination. If you have a complaint about any form of conduct, which may constitute workplace harassment, contact the Human Resources Department, the Legal Department or region management immediately.

Harassment will not be tolerated by the Company. All reported or suspected occurrences of harassment will be promptly and thoroughly investigated in the strictest confidence. Where harassment has been substantiated, the Company will immediately take appropriate disciplinary action, which may include termination.

Policy Reference: Anti-Harassment/Discrimination Policy

 © 2017 Weatherford. All rights reserved. Handbook revised December 1, 2017.



**EMPLOYEE HANDBOOK - U.S.**

---

## DIVERSITY (continued)

### AMERICANS WITH DISABILITIES ACT (ADA)

The Company is committed to equal opportunity for the disabled and providing a working environment in which all employees can perform their job duties to the maximum level.

#### Reasonable Accommodation Process

The Company shall make a reasonable accommodation for the known physical or mental limitations of an otherwise qualified individual (an individual who can perform the essential functions of the job with or without the reasonable accommodation) with a disability in all employment decisions, unless such accommodation would impose an undue burden or hardship on the operations of the Company or would pose a direct threat to the health and safety of the employee or fellow employees.  For purposes of this policy, the term "employment decision" includes the job application process, hiring, advancement, job assignments, leaves of absence, social and recreational programs, discharge, layoff, recall, compensation, testing, job training, and other terms, conditions or privileges of employment.

Once the Company is notified of the need for an accommodation by an applicant or employee, good faith efforts shall be made to determine the availability, feasibility and effectiveness of the accommodation.

Accommodation requests shall be handled on a case-by-case basis, considering the essential job functions of the position held or desired, the specific employment decision in questions, the specific physical or mental impairment(s) and available accommodations.  The Reasonable Accommodation Process shall be an interactive process involving pertinent parties such as the individual with the impairment, the local Company personnel or safety representative, the facility manager, the Company medical director, the individual's personal physician, or other external resources.

All reasonable accommodation reviews must be approved by Human Resources, whatever the result.  If a person has a disability, reasonable accommodation may be denied if (1) none is available; (2) the essential functions of the job could not be performed as a result of the accommodation; (3) an undue risk of injury to the employee or others is created; (4) an unreasonable cost or burden is placed on the Company; or (5) other employees are displaced or unreasonably burdened.

Examples of reasonable accommodation may include: (1) job restructuring; (2) part-time or modified work schedules (including leaves of absence); (3) reassignment of employees to equivalent vacant positions; (4) acquisition or modification of equipment or devices; (5) adjustment or modification of employment tests, training materials or policies; (6) making facilities accessible and usable; and (7) any other reasonable solution to the job function.

If a reasonable accommodation does not appear to be available, prior to the finalization of the employment decision, the facility manager, or designee, shall contact Human Resources for consultation.

#### Religious Accommodation

The Company is dedicated to treating the religious diversity of all our employees equally and with respect. Employees may request an accommodation when their religious beliefs cause a deviation from Weatherford's dress code, schedule, basic job duties, or other aspects of employment. The Company will consider the request but reserves the right to offer its own accommodation to the extent permitted by law. Some, but not all, of the factors that the Company will consider are cost, the effect that an accommodation will have on current established policies and the burden on operations, including other employees, when determining a reasonable accommodation. At no time will the Company question the validity of a person's belief.

© 2017 Weatherford. All rights reserved. Handbook revised December 1, 2017.   **9**

 EMPLOYEE HANDBOOK - U.S.

## SAFETY AND ENVIRONMENTAL PROTECTION

  

The safety of our employees is our primary consideration and an integral part of our operation. Management and supervisory personnel are accountable for the safety of the employees working under their supervision and will be expected to ensure that all operations are conducted in a safe manner at all times.

All management personnel are expected to practice the policy of seamlessly integrating operations and safety. Supervisors realize that no job is complete unless every safety precaution associated with the performance of that job has been taken.

Likewise, you are expected to follow safety work procedures and take an active part in protecting yourself, your co-workers, and our operations.

This section will highlight only some of the areas of safety. The Company's Operational Excellence and Performance System (OEPS) and Eight GEMS program detail all policies, standards, guidelines and Rules to Live By with which all employees must comply. Each employee has access to the OEPS and the Eight GEMS via the Exchange home page and will be responsible for meeting the requirements established within.

### SAFETY AND HEALTH

The Company is committed to a safe and healthy work environment. The Company's safety and health program is designed to prevent on-the-job injuries and illnesses, to protect Company property from damage and loss, and to ensure that the Company's operations do not harm the safety and health of the general public.

Every employee is required to support the Company's safety and health program. A key component of the safety and health program is the Operational Risk Management Standard. The risk assessment tools outlined in this standard help the facility manager to: (1) identify workplace hazards, (2) identify ways to reduce or eliminate the hazard, (3) identify the proper personal protection equipment for workplace hazards and (4) identify the required safety training for workplace hazards.

Every employee has not only the right, but the responsibility, to intervene and stop unsafe acts during the course of work:

*Rule to Live By:*

**I will ALWAYS intervene and stop unsafe acts.**

### INCIDENTS

If you experience an injury (no matter how slight) due to an on-the-job incident, report it to your supervisor immediately. Similarly, near misses, which could have led to injuries, property damage or an environmental release under slightly different circumstances, should also be reported. All employees involved in incidents or near misses are subject to post-incident drug testing. For further information regarding procedures and necessary forms, consult your supervisor or local QHSSE representative.

 © 2017 Weatherford. All rights reserved. Handbook revised December 1, 2017.

 **EMPLOYEE HANDBOOK - U.S.**

## SAFETY AND ENVIRONMENTAL PROTECTION (continued)

### HOUSEKEEPING

A clean work environment and an efficient work environment go hand-in-hand. Everyone enjoys working in a clean environment, and we must all do our part to maintain an orderly work environment. You can help by depositing trash in trash containers, keeping your equipment and work area clean and picking up after yourself. Return tools and equipment to their proper storage location, and clean up spills immediately. Spills of hazardous industrial materials, or spills which occur on non-paved surfaces, should be reported immediately to your supervisor.

Let's make sure our workplace is one of which we are proud. We can only achieve this goal with everyone's participation and cooperation.

### SAFETY GLASSES

All persons entering an industrial work area (shop, yard, etc.) must wear eye protection at all times without exception. The Company will furnish eye protection, at no charge, in accordance with the following guidelines:

1. Nonprescription glasses that meet ANSI Z87.1 standard, with side shields, will be furnished at no charge. Replacement glasses resulting from damage (other than your neglect) will be furnished at no charge. Lost glasses will be furnished to you at a charge equal to Company cost.

2. Prescription glasses that meet ANSI Z87.1 standard, with side shields, will be furnished to all employees at no charge for those having to enter industrial areas. You must provide a current prescription to place an order for glasses. Prescription glasses will be replaced at no charge when damaged on the job or when a prescription change occurs. Contact your QHSSE department for lens, frame and other purchasing guidelines with regards to the purchase of prescription eyewear. The Company does not pay for seamless progression lenses, monochromatic lenses or exotic metal frames (i.e. titanium, etc.).

Contact lenses may be worn in industrial areas under nonprescription safety glasses.

Splash-proof chemical goggles and face shields must be worn when handling hazardous chemicals, powders or vapors, such as cleaning solutions, or in any other operation where eyes may be exposed to hazardous substances.

Impact-type goggles and face shields must be worn when chipping, scraping, buffing, grinding and hammering, or when engaged in any activity involving hazards to the unprotected eye by flying or falling particles or objects.

Contact the QHSSE Department or refer to the Operational Risk Management Standard for more information.

### SAFETY SHOES

Safety shoes that meet ASTM F2413-11 standard are required for all persons who must enter industrial areas. The Company will furnish or subsidize selected safety shoes. Contact your supervisor for more information.

### HARD HATS

Only hard hats that meet ANSI Z89.1 2009 Type 1, Class E standard should be worn by employees. The Company will provide hard hats for employees who must enter industrial areas. Hard hats must be made of nonconductive material, and provide adequate deflection for falling objects; therefore, cowboy-hat-style hard hats are prohibited. Hard hats must be inspected before use and replaced when the integrity is in question or when it has received a substantial impact.  Absent this type of damage, hard hats must be replaced every five years or in accordance with the manufacturer's recommendations.

© 2017 Weatherford. All rights reserved. Handbook revised December 1, 2017.

 **EMPLOYEE HANDBOOK - U.S.**

## SAFETY AND ENVIRONMENTAL PROTECTION (continued)

### OTHER PERSONAL PROTECTIVE EQUIPMENT

Hard hats, safety shoes and safety glasses as outlined in the previous sections are MINIMUM requirements to be worn by employees while in industrial areas (shop, yard, warehouse, field, etc.). Based on the hazards presented by the work to be performed, additional personal protective equipment may be required. This may include gloves, aprons, respirators, Flame Resistant Clothing (FRC), etc.

### ENVIRONMENTAL PROTECTION

Total compliance with environmental laws and regulations is a condition of employment at Weatherford. Employees are expected to take reasonable care to avoid causing undue harm to the environment. Whenever possible, environmental-friendly products should be used to perform job functions. All employees are responsible for waste minimization and should recycle waste whenever possible. In addition, all employees are responsible for ensuring waste is placed in appropriate, designated containers until disposed.

### DRIVING PERSONAL OR COMPANY OWNED VEHICLES

Driving is one of the most at-risk tasks that we face every day and we must embrace the importance of making it home safely every night. We all need to make a personal commitment to reduce vehicle collisions and save lives within our Company.  It is the right thing to do for Weatherford and it is the right thing to do for ourselves and our loved ones.

**Rules to Live By:**
The following "Rules to Live By" have been embraced by the Company and shall be followed by all personnel operating a vehicle during the course of employment.

**I will ALWAYS drive to the conditions of the road and wear my seatbelt.**

Employees shall always operate at a safe speed based on the conditions while never exceeding posted speed limits. Prior to putting a vehicle in motion, employees shall ensure all occupants have fastened their seatbelts.

**I will ALWAYS take a break from driving whenever I am feeling fatigued.**

Employees who are ill, physically impaired or fatigued shall notify their supervisor that they may be physically unable to operate a CSV in a safe manner.  Employees who become sleepy, fatigued, experience nausea or become otherwise ill shall stop at the nearest place of rest and not proceed until they are fit for duty.

**I will NEVER use my mobile phone or drive distracted.**

Employees are responsible to remain alert and drive defensively, thereby the use of any electronic device such as phones, pagers, computers, video displays and other distractions to include wearing headphones, reading, personal grooming or smoking is strictly prohibited while driving.

Policy Reference: Driver and Vehicle Safety Standard

© 2017 Weatherford. All rights reserved. Handbook revised December 1, 2017.



**EMPLOYEE HANDBOOK - U.S.**

## SAFETY AND ENVIRONMENTAL PROTECTION (continued)

### WEAPONS

In some states, a person may be issued a permit to carry a concealed weapon. The term weapon will be interpreted broadly to include any lethal weapon and includes without limitation, rifles, handguns, ammunition, knives or any other item legally defined as a weapon whose possession is restricted or prohibited under applicable local, state or federal law. These same states allow employers to prohibit a person licensed under these laws from carrying concealed weapons on Company premises. Therefore, all applicants, vendors, customers, and employees of the Company are prohibited from using or possessing weapons of any kind, concealed or otherwise, at any time while on the premises of the Company and/or in the course and scope of conducting business on behalf of the Company.

Weapons are not permitted in a Company vehicle to and from job sites or on Company premises. Weapons and firearms for a hunting trip or used while serving as a certified reserve law enforcement officer may be excused subject to prior approval of Company management.

To the extent applicable state law prohibits an employer from restricting the possession or transportation of weapons, such law overrides this policy. Employees should check with a Human Resources Representative regarding what is permitted in the state in which the employee works.

The Company retains the sole right to search any employee, personal belongings, locker, desk, or any personal or Company vehicle for the presence of a weapon in the possession of an employee on Company premises as defined in the Weapons Policy.

Any employee who violates this policy is subject to disciplinary action up to and including termination without warning.

Policy Reference: [Weapons Policy](Weapons Policy)



© 2017 Weatherford. All rights reserved. Handbook revised December 1, 2017.

 **EMPLOYEE HANDBOOK - U.S.**

## SAFETY AND ENVIRONMENTAL PROTECTION (continued)

### SUBSTANCE-FREE WORKPLACE

The use, possession, transfer or sale of drugs (or drug-related paraphernalia), alcohol or other controlled substances by Weatherford employees during working time or while on Company property is prohibited. To help ensure a safe working environment, it is important that each employee and any other person entering, leaving or on Company property, be aware of and comply with the Substance-Free Workplace policy regarding the prohibition of drugs, alcohol and controlled substances.

The Company will perform random or reasonable suspicion testing to ensure compliance with this policy. Employees in violation of any conditions of the Substance-Free Workplace Policy are subject to discipline, up to and including termination. Employees should understand that certain policy violations, such as possession, sale or use of controlled substances or illegal drugs on Company premises or on Company time or a positive drug test result, will result in immediate termination, unless prohibited by state law. Any employee who refuses to consent to a requested drug test will be in breach of this policy and will be discharged.

The Company retains the sole right to search any employee, personal belongings, locker, desk, or any personal or Company vehicle for the presence of drugs or drug paraphernalia in the possession of an employee on Company premises.

Policy Reference: [Substance-Free Workplace](Substance-Free Workplace)

### WORKPLACE VIOLENCE

The Company will not tolerate workplace violence. Acts or threats of physical violence, including intimidation, harassment and/or coercion, which involve or effect the Company, or which occur on Company property will not be tolerated.

Acts or threats of violence include conduct, which is sufficiently severe, offensive or intimidating to alter the employment conditions at the Company or to create a hostile, abusive or intimidating work environment for one or several Company employees.

 © 2017 Weatherford. All rights reserved. Handbook revised December 1, 2017.

 EMPLOYEE HANDBOOK - U.S.

# EMPLOYMENT

Attracting and retaining the highest quality employees is one of Weatherford's key factors to long-term success. Consequently, we place a high priority on ensuring that we provide competitive salaries and benefits, opportunities for training and advancement, and good working conditions.

We also maintain and encourage two-way communications. At our end, we offer a number of communication vehicles—such as our internal intranet and external internet, news releases, brochures, annual reports and trade journal article reprints—that provide you with information about our strategies, success stories, acquisitions and other information.

At your end, we encourage you to share suggestions, questions or concerns with your supervisor or other members of your leadership team. Our goal is to make Weatherford a place where you can focus on and succeed in your job, and we need you to communicate your ideas on how we can continually improve our organization.

## AT-WILL EMPLOYMENT AND OTHER UNDERSTANDINGS

Neither this handbook nor any of its contents constitute a promise of continued employment or benefits for any employee. The handbook serves as a guideline only, is not all-inclusive, IS NOT A CONTRACT OF EMPLOYMENT, supersedes any previous handbook material, and provisions herein may be amended at management's sole discretion at any time without prior notice.

It is the responsibility of each employee to be familiar with the contents of this handbook.  Each employee is expected to abide by the policies set forth therein, and disregard for such policies is considered grounds for dismissal.  Employees should understand that their employment is at-will and for an indefinite term.  An employee may terminate his/her employment at any time for any reason or no reason at all, and the company can do likewise.  Termination of employment may occur by retirement, resignation, mutual agreement, layoff, immediate discharge, or any other reason maintained by the employee or by the Company.

The Company may from time to time advance funds, expenses and Company property to an employee for the purpose of discharging his/her duties.  As consideration for those advancements, the employee agrees and authorizes the company at its sole discretion at any time to withhold from the employee's payroll checks or reimbursement of expenses or otherwise such amounts relating to those advances of funds or relating to any unauthorized use of the Company's property, to the extent allowed by applicable federal, state or local law.

## BACKGROUND CHECKS

The Company will conduct a background check on job applicants. Certain positions within the Company require periodic background checks to be conducted by law and/or because of customer requirements. The Company also may conduct, at its sole discretion, background checks on current employees who apply for another position within the Company. Background checks include, but are not limited to, information relating to: social security number, citizenship and immigration, credit records, criminal records, former employment, driving records, military records, verification of any license, certificate or degree required for the position. Information obtained from a background check will be used to determine eligibility of employment or continued employment. The Human Resources Department will determine the requirement for such background checks and will determine which of the components of the background check  will be performed in light of the duties and responsibilities of the position. Any offer of employment will be contingent upon receipt of information satisfactory to the Company. Any background check will be in accordance with applicable law. Any employee who provides false or misleading information will be subject to disciplinary action, up to and including termination.

© 2017 Weatherford. All rights reserved. Handbook revised December 1, 2017.   **15**

 **EMPLOYEE HANDBOOK - U.S.**

## EMPLOYMENT (continued)

### EMPLOYEE REFERENCES

Employee references will be given only at the written request of the employee, and the official request can only be made to the Human Resources Department. If a reference is requested verbally, the only information that will be given is employee name, date of hire, and/or termination date and job title while employed. The Company will comply with any legislation regarding verifications and references.

Policy Reference: Employment Reference

### EMPLOYMENT OF MINORS

As a rule, employees of Weatherford must be eighteen (18) years of age or older. Because of the nature of work (both physical and environmental factors) in our manufacturing and field operations, the Company will not employ anyone less than eighteen (18) years of age in any manufacturing or field classification positions. Any exceptions must have approvals by Human Resources.  For further clarification on this policy, please contact the Human Resources Department.

Policy Reference: Employment of Minors

### EMPLOYMENT OF RELATIVES

The Company is committed to employing and promoting individuals based on their merit and qualifications for a position. Relatives (by blood or by marriage) may be employed provided they do not have a direct reporting relationship to each other, in which one relative has line management authority to make decisions on the employment, pay, promotion, performance review or employment conditions of the other relative. If situations arise where relatives have an indirect reporting relationship but there is the risk of one relative having influence over the employment conditions of the other, the situation should be reviewed by the next level of management.

Any exception to this policy requires the approval of the Geozone Vice President and Human Resources Director.

It is the policy of the Company that managerial level employees refrain from seeking employment for relatives with contractors or suppliers who normally do business with the Company.

If employees become related after employment or if conflict of interest, management, supervision, safety, security or morale concerns arise, or if reorganization creates such a conflict, reasonable time may be provided to resolve the matter.  If a resolution is not possible, the Company may require one of those employees to either transfer to a role in another department or location if available, or to resign.

Policy Reference: Employment of Relatives

### JOB POSTING

Opportunities within the Company which may further your career are posted on the Careers page at Weatherford.com.  Employees interested in posted positions need to notify their supervisor and contact Human Resources for more details.

© 2017 Weatherford. All rights reserved. Handbook revised December 1, 2017.

 **EMPLOYEE HANDBOOK - U.S.**

## EMPLOYMENT (continued)

### TRANSFER

Transfers may be initiated by the Company or requested by you. If you are interested in seeking a transfer to another department, position or geographic location, you should discuss the request with your supervisor and then with Human Resources. A written request may be required.

Employees applying for any position must make their manager aware **IN ADVANCE.**

### RELOCATION

To ensure our competitiveness in the global markets in which we operate, you may be asked to relocate to a worksite which is more than 50 miles from your current location. The Company's Relocation Policy has been designed to address the issues involved in relocating and will detail the professional and financial assistance the Company provides to help you relocate smoothly and effectively.

All relocations must be coordinated through the Human Resources Department.

**Policy Reference:**
Relocation Policy – Homeowner Buyer Value Option
Relocation Policy – Renter
Relocation Policy – Lump Sum Payment

### PROMOTION

It is Company policy to promote from within the organization when practical and possible. It is our policy to ensure that everyone receives fair and equitable consideration for promotion to jobs for which they are qualified. Some factors that may be considered when promotional opportunities occur are:

1. Your effectiveness in your present assignment and overall work record.

2. Your education and experience qualifications for the position to be filled.

3. Your potential for growth in the position to be filled.

4. Your actions and cooperation towards the organization and your fellow workers.

5. Your work record including punctuality, attendance and safety.

6. Your willingness to accept challenges.

7. Your length of service in the department and the Company in relation to other candidates.

8. Business conditions and other considerations of Management.

© 2017 Weatherford. All rights reserved. Handbook revised December 1, 2017. **17**

 **EMPLOYEE HANDBOOK - U.S.**

## EMPLOYMENT (continued)

### DISCIPLINE PROCESS

There are times when disciplinary measures must be taken to correct or improve unacceptable work conduct.

Disciplinary action can be administered in various ways and can be either formal or informal. The action taken depends upon the seriousness of the violation and the employee's work record. For violations or offenses considered by Company management to be less serious, progressive discipline may be used. Progressive discipline will involve steps to advise the employee of the misconduct or problem and allow time for the employee to exhibit corrective behavior. Some offenses are so serious that progressive discipline may be bypassed and suspension without pay or termination of employment may result on the first offense.

If the employee feels he or she is being treated unfairly, he or she is encouraged to request a conference with Human Resources and/or the department manager to review the matter.

Policy Reference: Discipline Process

### PROBATION/INTRODUCTORY PERIOD

All newly hired employees of the Company are subject to an evaluation period of ninety (90) days from date of hire. Satisfactory completion of this evaluation period in no way constitutes an obligation by the Company to continue his/her employment, and that all employees are subject to termination with or without cause as determined solely by the Company in its best interest.

### REDUCTION-IN-FORCE

If a reduction-in-force or a layoff of our employees is necessary, the Company may attempt to reassign individuals in order to prevent the loss of their job. If a layoff is necessary, job performance and/or job assignment may be considered in retaining individuals. The rehire of persons may be based on the same factors.

Policy Reference: Severance Pay for Employees of U.S. Companies

### RESIGNATION/TERMINATION

If you resign from the Company, you should submit a written resignation to your immediate supervisor or manager. Your final pay check will be ready within the timeframe required by individual state payday laws following your termination.

All Company property must be returned. Failure to return this property may result in its value being deducted from your final pay check or require you to repay the value, as allowed under state law.

### RE-EMPLOYMENT

Employees who leave the Company in good standing are eligible to be considered for re-employment.

Policy Reference: Re-Employment

© 2017 Weatherford. All rights reserved. Handbook revised December 1, 2017.



**EMPLOYEE HANDBOOK - U.S.**

---

## WORKPLACE EXPECTATIONS

### HOURS OF WORK

Your supervisor will arrange your daily work schedule. Because we must frequently adjust work hours to meet the needs of our customers, it is sometimes necessary to vary hours of work in accordance with the needs of jobs and/or work to be done. Typically, employees will work an eight (8) hour day with two (2) fifteen-minute paid breaks and a scheduled nonpaid lunch break. Hours and schedules may vary from location to location, as state and federal law dictates.

Customary office hours for administrative employees are from 8:00 a.m. to 5:00 p.m. with lunch from 12:00 p.m. to 1:00 p.m. Hours and schedules may vary from location to location. Office and administrative employees may be scheduled to work flexible hours if specified by the department supervisor within the following guidelines:

- Starting times will be established and not vary from day to day.

- The established starting time must be approved by your department supervisor to allow for production and/or customer service considerations.

- Shift completion time will be adjusted to correspond with the established starting time so that a minimum of eight (8) hours is completed.

- Lunch breaks will be established with the approval of your supervisor.

Your working hours may be changed at any time your supervisor or management determines it to be necessary. To maximize productivity and efficiency, all employees will be expected to be at their workplace during scheduled work hours.

### TIME RECORDS

All non-exempt, hourly employees must record all time worked each day in the Company's approved timekeeping system (i.e. TimeTrac, Self-Service, or paper time records) and must clock out/in for unpaid lunch breaks and any other breaks during the day, (e.g., one hour vacation/sick time for a doctor's appointment), excluding short rest breaks.

Hourly employees, where designated, must clock-in at the beginning and clock-out at the end of each work period.

Hourly office employees must submit a completed timekeeping record at the end of each bi-weekly work period. This record should show all hours worked and indicate the reason for any absences.

As an hourly employee, you are responsible for your own time record. It is a violation of Company policy for any employee to clock-in or out, or to complete a time record for another employee. All timekeeping records are to be approved by the employee and the employee's supervisor each week. Falsifying, defacing or altering time records is a serious matter and disciplinary action, up to and including termination, will be taken.

Policy Reference: Timekeeping/Payroll Accuracy Policy

### PUNCTUALITY

It is your responsibility to be at work each day as scheduled and to report to work on time. Tardiness or failure to complete a shift should be kept to a minimum. Habitual offenders will be subject to disciplinary action, up to and including termination. Excessive tardiness is unacceptable regardless of the reasons for the tardiness.

© 2017 Weatherford. All rights reserved. Handbook revised December 1, 2017. **19**

 **EMPLOYEE HANDBOOK - U.S.**

## WORKPLACE EXPECTATIONS (continued)

### ATTENDANCE

Absences are defined as the failure of an employee to be on the job during his or her scheduled hours of work, including overtime. This requirement also includes service personnel who are on 24-hour call and are not available or cannot be reached for work when called.

We fully understand when an employee must be off because of special circumstances. In this case, prior arrangements should be made with your supervisor. Otherwise, personal business should be attended to at times other than your scheduled work periods. If it is necessary to be absent, tardy, or leave before the end of your scheduled workday, you must notify your supervisor or his/her designated replacement directly before or at the start of your shift. It is your responsibility to provide your supervisor with the reason for any absence and the date of your return.

ALL ABSENCES ARE TO BE REPORTED DAILY TO YOUR SUPERVISOR.

If you are absent, you must call to report in daily to your supervisor. Any period of excused absence of more than three (3) calendar days may be considered for the entitlement leave covered under the Family and Medical Leave Act (FMLA), if requested. An employee who is absent for three (3) or more days may be required to present a doctor's statement to return to work.

Reported absenteeism will be subject to disciplinary action, up to and including termination.

An employee who fails to report to his or her supervisor for three (3) consecutive days will be considered to have voluntarily resigned, and will be terminated for job abandonment.

### JOB ASSIGNMENTS

We function as a team. At any time, any employee of the Company may be asked to perform any duty or task that is needed. Reassignment of regular duties may also be required, as business needs change. You will be expected to comply with any changes in duty assignment.

### SHIFT CANCELLATION

It may be necessary to cancel a shift by closing the offices or shops because of weather, fire, power failure or other uncontrolled conditions or "Acts of Nature." In this event, every effort will be made to contact employees or to use public media sources.





 © 2017 Weatherford. All rights reserved. Handbook revised December 1, 2017.

 **EMPLOYEE HANDBOOK - U.S.**

## WORKPLACE EXPECTATIONS (continued)

### PERFORMANCE MANAGEMENT

Performance management is the process of setting performance expectations, monitoring progress, measuring results, appraising, rewarding or correcting employee performance. The Company measures performance with performance appraisals.

Performance appraisals should be given annually in a formal process to establish goals, identify your strengths or weaknesses, and create a plan for improvement. It is a tool used to measure your progress within the organization and assist you in your personal development.

Appraisals are reviewed with the employee before being placed in the employee file. Employees are provided an opportunity to review and include any comments.

Employees can complete their performance appraisals through Employee Connect. We encourage you to sign into Employee Connect and navigate to Employee Self Service/Performance Management to complete and review your appraisal.

### TRAINING

With the "One Weatherford" Philosophy, the Company believes in life-long "learning". The Company strives to provide employees with educational opportunities and tools required to continuously meet Company and customer requirements.

Through Employee Connect, employees are empowered to take control of their learning and professional development. We encourage you to sign into Employee Connect and navigate to "Employee Self Service/My Learning" to expand your learning horizons.

### GENERAL CONDUCT

The Company believes that it is necessary to have guidelines that everyone must follow to maintain a positive work environment.

The Company has established guidelines to protect the health, safety and welfare of each employee and to provide a safe and efficient work environment. The publishing of the guidelines is necessary in order to provide for fair and consistent conduct throughout our operations.

It is not our intention to list every item that could lead to corrective action; however, the following acts of misconduct will not be tolerated and are considered to be contrary to the best interests of our employees, customers, the Company and others on Company property. Employees engaging in the following or similar acts may subject themselves to disciplinary action, up to and including termination, depending upon the seriousness of the offense and/or the employee's overall record. Refer to General Conduct Policy.

1. Smoking or introducing smoking material into restricted areas.

2 Theft, willful destruction or defacing property of the Company, a customer, another employee or another person.

3. Possessing, carrying or storing complete or parts of firearms, weapons, exploding or dangerous devices or materials on or in Company or customer property and in accordance with federal, state and local laws.

4. Possessing, storing, drinking, using, or being under the influence of alcohol, narcotics or illegal drugs while on duty, on Company property, on customer property, operating Company vehicles, or operating any vehicle on Company business.

5. Improper conduct including but not limited to criminal conduct, fighting, horseplay, practical jokes or indecency.

6. Threatening, harassing, coercing, intimidating or abusing another employee or person.

© 2017 Weatherford. All rights reserved. Handbook revised December 1, 2017.   **21**

**EMPLOYEE HANDBOOK - U.S.**

## WORKPLACE EXPECTATIONS (continued)

7. Insubordination, disobedience, failure or refusal to follow a lawful direct order or instruction.

8. Violation of safety rules or a poor safety/accident record. Failure to follow Company safety rules, such as the failure to wear the required personal protective equipment and/or the failure to follow the Company-prescribed safety practices and procedures. Failure to report any injury immediately or failure to follow medical advice after an industrial accident.

9. Taking unauthorized photographs or computer imagery on Company or customer property without proper written authorization.

10. Video and audio recording on Company or customer property without proper written authorization.

11. Sleeping, dozing or misuse of Company time while on duty.

12. Leaving your assigned job during working hours without permission.

13. Altering, falsifying or defacing your own or another employee's time card or time records, or permitting another employee to alter, falsify or deface your own time card or time record, falsification of an Application of Employment or any other Company records.

14. Obtaining Company benefits, compensation or an excused absence under false pretenses.

15. Gambling or promoting gambling on Company property.

16. Disclosure, removal, copying, photographing or misuse of Company drawings, documents or records.

17. Negligence in the care or use of Company property.

18. Failure to follow Federal, State, County and local laws, company policies and ordinances while operating Company vehicles.

19. Failure to maintain a driving record acceptable to a Company insurer.

20. Unauthorized use of Company vehicles or failing to immediately report a vehicle accident.

21. Trespassing on Company or customer property.

22. Displaying on Company property clothing, articles or printed material that which represents or contains obscene or offensive pictures, statements or slogans.

23. Failure to reveal or disclose any contagious disease or condition which may endanger the health, safety or welfare of other employees or persons on Company property.

24. Failure to comply with Federal, State, or local laws or ordinances pertaining to environmental regulations while on Company or customer property.

25. Filing of a false claim or false report is unacceptable.

Policy Reference: General Conduct

© 2017 Weatherford. All rights reserved. Handbook revised December 1, 2017.



**EMPLOYEE HANDBOOK - U.S.**

## WORKPLACE EXPECTATIONS (continued)

### OUTSIDE EMPLOYMENT

The Company discourages employees from taking other jobs outside their normal work schedule. Employees are expected to be available for all scheduled work, including overtime work as needed. Any outside interests, activity or job, which affects job performance, results in a conflict of interest or is of a competitive nature, should be brought to the attention of the manager/supervisor immediately. Failure to disclose such activity may subject you to disciplinary action.

Neither Weatherford's workers' compensation insurance, nor its welfare plans, will cover any injury sustained by an employee while working for another employer.

Policy Reference: Outside Employment

### PERSONAL WORK RELATIONSHIPS

The Company aims to ensure relationships of a romantic or intimate nature that may develop between co-workers does not negatively impact the normal business environment of other employees in the workplace.

Romantic relationships between supervisors and subordinates are strictly prohibited.

A reasonable amount of time may be provided to resolve any conflict of interest, management, supervision, safety, security or morale concern. If a resolution is not possible, the Company may require one of those employees to either transfer to another role or location, or to resign.

Policy Reference: Personal Work Relationships

### DRESS CODE

As a representative of Weatherford, employees must maintain a professional image.  All clothing should be neat, clean, and in good repair.  You are expected to maintain good personal hygiene and come to work in clothing that is neat, clean and in good condition. The Company retains the sole right to determine what "appropriate" dress and grooming involve. Acceptance of employment with this Company implies your agreement with this policy.

Weatherford adopted a business casual dress code for office employees. There is a need to remember that this is a place of business on all work days, and that our employees represent the company to whatever customers, suppliers, and visitors may be with us, both on a planned and unplanned basis. If you are hosting a visitor, please ensure that you communicate the appropriate dress code to the appropriate company personnel in ample time to allow for proper attire to be worn on the applicable day(s). With this in mind, the following guidelines should be applied to your apparel:

1.  Shirts with collars are acceptable for men; tee-shirts are not acceptable.

2.  Please do not wear clothing printed with obscene slogans or controversial statements.

3.  Dress slacks and Dockers are acceptable.

4.  Tasteful jeans are acceptable on Fridays only. Jeans should not be ragged or torn.

5.  Athletic wear, sweat suits, windsuits, casual (bermuda) shorts, leggings, and tennis shoes and flip-flops are not appropriate office wear.

© 2017 Weatherford. All rights reserved. Handbook revised December 1, 2017.   **23**

 **EMPLOYEE HANDBOOK - U.S.**

## WORKPLACE EXPECTATIONS (continued)

Employee's work attire should complement an environment that reflects an efficient, orderly, and professionally operated organization. All clothing should be neat, clean and in good repair.

If you are in doubt as to whether particular clothing is appropriate, it probably is not, and you should consult with your immediate supervisor before wearing the item to work.

This set of guidelines is intended to maintain the casual dress code as well as the professional atmosphere in the office areas.

Employees working in a shop, warehouse or field environment should wear clothing that is appropriately safe for the type of work to be performed.

If you have questions about these guidelines, please contact Human Resources.

### UNIFORMS

Certain operations supply uniforms or coveralls to manufacturing and field personnel as part of our effort to project a professional image.  If you are required to wear uniforms or coveralls you will be expected to wear them.

Uniforms must be returned to the Company upon termination. Failure to return your uniforms may result in the cost being deducted from your final pay check.

### PERSONAL PROPERTY

Under no circumstances will the Company be responsible for personal property on Company property, in a Company vehicle, or lost in transit to a Company function or to a work location

### TELEPHONE CALLS AND CELLULAR PHONES

You must keep personal calls and/or texting to a minimum. Long distance personal calls are not to be made on Company phones without your supervisor's permission.

Excessive use of a personal cell phone during the workday, regardless of the phone used, can interfere with employee productivity and be distracting to others. A reasonable standard that the Company encourages is to limit personal calls during work time to no more than one per day as needed. Employees are therefore asked to make personal telephone calls during lunch or scheduled breaks where possible and to ensure that friends and family members are aware of the Company's policy. Flexibility will be provided in circumstances demanding immediate attention.

The Company will not be liable for the loss of personal cellular phones brought into the workplace.

Locations may ban cellular phones from the workplace as deemed necessary on a location-by-location basis. This includes a prohibition of cellular phones with built-in cameras or other recording capabilities.

Possession of cell phones in violation of this policy is subject to disciplinary action up to and including termination.

Your assistance is necessary to avoid abuse of this convenience so that all may benefit.

 © 2017 Weatherford. All rights reserved. Handbook revised December 1, 2017.

 **EMPLOYEE HANDBOOK - U.S.**

## WORKPLACE EXPECTATIONS (continued)

### COMPUTER USAGE, VOICE MAIL, AND E-MAIL

All employees of Weatherford have a responsibility to use Computer Systems/Devices and Information Assets in a safe, ethical, lawful, efficient and productive manner. The Computer Systems/Devices and Information Assets Standard ("the Standard") sets forth policy and rules for the use and handling of Computer Systems/Devices and Information Assets provided by Weatherford or in connection with Weatherford business. You must comply with this Standard during both working and nonworking hours.

While this Standard cannot address every possible detail regarding the use of Computer Systems/Devices and Information Assets, it reflects Weatherford's practices and sets forth general rules on appropriate use thereof. In general, Weatherford's Computer Systems/Devices and Information Assets must be used in a manner that protects Weatherford's interests at all times. Use of Computer Systems/Devices and Information Assets that could reflect adversely on Weatherford or violate any Weatherford policy is prohibited.

Policy Reference:  Computer Systems/Devices & Information Assets Standard

### SOCIAL MEDIA POLICY

Weatherford employees are responsible for their own personal use of social media, and must take into consideration how the creation, maintenance, and/or updating of their personal social media accounts and communications may reflect on Weatherford. Employees should not publish or share statements or content that a reasonable person would consider threatening, obscene, malicious, harassing, bullying, or could contribute to a hostile work environment. If the content is deemed to constitute discrimination, harassment, threats of violence, and/or other inappropriate or unlawful uses of social media, the Employee will face disciplinary action up to and including termination.

Additionally:

- Employees must not misrepresent an affiliation with Weatherford or any other person or entity, including pretending to be one of Weatherford's customers, business partners, contractors, or competitors.

- Employees must never identify, cite, or reference customers, partners, or suppliers without their prior permission.

- Statements regarding fellow Weatherford employees, customers, business partners, or competitors must be fair, courteous, honest, and accurate.

- Employees are prohibited from sharing sensitive, proprietary, or confidential business information on social media. Prohibited content includes trade secrets, internal reports, policies, procedures, know-how, financial information, product information, or any other internal business-related information.

The Corporate Communications department is solely responsible for creating, maintaining, and updating social media accounts that are sponsored by or affiliated with Weatherford. Weatherford employees are prohibited from creating, maintaining, and updating social media accounts on behalf of Weatherford without prior written approval from the Corporate Communications department.

The excessive use of social media by Weatherford employees while on work time may result in disciplinary action. The determination of excessive use is at Weatherford management's sole discretion.

© 2017 Weatherford. All rights reserved. Handbook revised December 1, 2017. **25**



**EMPLOYEE HANDBOOK - U.S.**

## WORKPLACE EXPECTATIONS (continued)

### OPEN DOOR COMMUNICATIONS

It is the intent of the Company to promote and maintain excellent employee relations. Weatherford believes that a key factor in doing so is open communications with all employees. The Company encourages two-way communications to discuss work-related problems or issues, and will strive to maintain good working conditions, competitive wages, benefits and employee involvement. As an employee, we encourage you to discuss any issues or concerns with your supervisor/manager. All employees are welcome to confer with any other manager or a representative from the Human Resources Department.

Communication may be in the form of letters sent to the home, posted notices on bulletin boards, Company newsletters, group meetings, or face-to-face discussions. It is important to always maintain an open mind and to strive to better understand one another.

Bulletin boards are provided so Company management can communicate what it believes is information of interest and concern to employees. Authorization to post items on the employee bulletin board must be obtained from Human Resources or local management. To keep information on our bulletin boards current, notices are typically dated and usually do not remain posted for more than two weeks.

On a periodic basis, meetings may be held between supervisors and their departments. These meetings are designed to provide information and feedback between you and your supervisor. You are encouraged to actively participate in these meetings and to use them to ask questions, make suggestions or point out possible problems.

It is our goal to keep you informed of actions that affect you. You are encouraged to feel free to keep us informed of matters you think we need to know.

Policy Reference: Open Door Communications

### OPEN DISCUSSION

The Company is dedicated to providing a fair and equitable workplace for all of our employees. We realize that on occasion you may feel that a decision violates our policies or that you have not been treated in a fair and consistent manner. If you disagree with your immediate supervisor's response to your concern, you are encouraged to discuss the issue with your immediate supervisor. If you feel that an equitable solution has not been reached regarding your concern, contact your Human Resources Representative who will discuss the issue with the next appropriate level of management. This appeal does not apply to the drug and substance abuse policy, where confirmed results have been obtained.





 © 2017 Weatherford. All rights reserved. Handbook revised December 1, 2017.

 **EMPLOYEE HANDBOOK - U.S.**

## WORKPLACE EXPECTATIONS (continued)

### DISPUTE RESOLUTION PROGRAM ("DRP")

Conflicts in workplaces often occur.  If you have a work-related problem, or if you are responsible for handling or responding to employee concerns, the DRP can help. Its purpose is to offer you flexible options for airing and settling almost every kind of workplace conflict or concern, while maintaining strict adherence to confidentiality and neutrality. The goal of the DRP is to resolve disputes quickly and fairly, repair damaged relationships, and foster a better work environment.

The DRP offers four options for resolving workplace concerns that can be used in any order, depending on the nature of the situation.  These options can be used to resolve matters ranging from minor misunderstandings to violations of legally protected rights.  They are:

OPEN DOOR (1) Because the Open Door process has proven to be the most effective option for resolving work-related disputes, we encourage people to use this option first. It provides immediate access to all levels of management. You may also call the DRP for confidential assistance from an Ombudsman. Your Ombudsman can coach you and give you tips on how to guide your "direct communication" to a mutually agreeable conclusion.

OMBUDSMAN SERVICES (2) This option allows you to customize your approach to your workplace concern. It can provide a setting for you to discuss your situation with an Ombudsman or Ombuds in a confidential and neutral manner. With your permission, the Ombuds can gather information for you, help you identify options for resolution using other internal resources, or coach you on how to help yourself. In the past, this option has proven to be a valuable method for resolving disputes at the lowest possible level, as it can work quickly and promotes a better work environment.

EXTERNAL MEDIATION (3) This process gives you the opportunity to resolve your dispute with assistance from a trained, independent mediator from outside the Company. The mediator makes suggestions for resolution, but doesn't decide how you will resolve the dispute...that's up to you and the Company.

ARBITRATION (4) A process in which you and the Company present your dispute to an arbitrator for a final and binding decision. The arbitrator can award any remedy you might receive in a court of law. The DRP uses two external organizations that provide impartial arbitrators. Because arbitration is final and binding, you are encouraged to contact an Ombuds before filing for arbitration. Your Ombuds will help you ensure that all of the more collaborative options have been exhausted.

If an employee accepts or continues employment with any Weatherford company, the employee and Weatherford thereby agree to all provisions of the Dispute Resolution Program. This agreement includes the requirement that certain legal disputes not resolved through Options 1, 2, or 3 be submitted to final and binding arbitration rather than to a jury or through the courts.

For more information about the DRP, please contact the Ombuds or visit Weatherford's website to review digital brochures and the DRP Plan and Rules in detail.

### DRP & Ombuds Contact Information

**Confidential Phone Lines:**

+1.713.836.4010
+1.844.606.4529 (Toll Free)

**Confidential Fax:**

+1.713.836.5105

**Email the Ombuds at:**

DRP@Weatherford.com

*Translation Services Available

© 2017 Weatherford. All rights reserved. Handbook revised December 1, 2017.



**EMPLOYEE HANDBOOK - U.S.**

## WORKPLACE EXPECTATIONS (continued)

### PERSONNEL RECORDS

Personnel records are kept on every employee of the Company and are maintained in the Human Resources, Payroll and Benefits Departments. All records are the property of the Company and are kept confidential. Unauthorized use or disclosure of personal information is prohibited. Exceptions may be made only with the written consent of the employee, for valid business reasons, or in response to a subpoena or government agency investigation.

Employees may be given reasonable opportunity, in the presence of their manager/supervisor or a representative from Human Resources, to examine their personnel records. However, no duplicates or copies will be made unless required by applicable law.

Policy Reference:  Personnel Records and Privacy

### DATA PRIVACY

This section provides you with information on the collection, transfer and consolidation of personal data of Weatherford employees.

Your Personal Data
Weatherford will collect individually identifiable information about you as a Weatherford employee that we obtain from you during your job interview process, at the start of your employment and in the course of your employment ("Personal Data"). We will transfer certain categories of your Personal Data to Weatherford's U.S. entity, which will be responsible as a controller for maintaining the Personal Data in a global human resources management system ("HRMS"); the HRMS server is located in Texas, USA. Only certain specifically appointed employees and advisors of the U.S. Entity, Human Resources personnel, or agents who assist in the administration of our employee stock and benefit plans with a need-to-know for legitimate purposes will have access to the Personal Data.

Disclosures
Because some recipients with a need-to-know your Personal Data will be located or may have relevant operations in a jurisdiction where the data protection laws may not provide a level of protection equivalent to the laws in your jurisdiction, Weatherford U.S. has executed Data Transfer Agreements which incorporate the EU Standard Contractual Clauses. These Agreements establish and confirm that Weatherford will provide an adequate level of protection for the Personal Data and that appropriate technical and organizational security measures are in place to protect Personal Data against accidental or unlawful destruction or accidental loss, alteration, unauthorized disclosure or access, and against all other unlawful forms of processing. The Weatherford U.S. Entity has also entered into parallel agreements with other Weatherford Onward Transfer Entities for the transfer of Personal Data to those entities.

Purposes
We may collect, process and use your Personal Data only for purposes connected to your employment and only to the extent permitted or required under applicable law. We may transfer your Personal Data to the U.S. Entity and to other Weatherford Onward Transfer Entities, each as permitted under applicable data privacy law, for the following purposes:

1) To facilitate global cooperation, communication and teamwork within the global Weatherford Group and to provide for a global directory;

© 2017 Weatherford. All rights reserved. Handbook revised December 1, 2017.

 **EMPLOYEE HANDBOOK - U.S.**

## WORKPLACE EXPECTATIONS (continued)

2) To plan and manage human resources on a worldwide basis, including but not limited to ensuring appropriate staffing and evaluating employees for their fitness for the particular job, cooperation, promotions, secondments and transfers within the Weatherford Group, cross-border teamwork, investment decisions, accounting and cross-charging for salary expenses among Weatherford Group companies that benefit from contributions by our employees, global recruitment, administration of compensation and benefit programs, payroll, training, performance management, succession planning, stock options, and other tangible and intangible global benefits;

3) To provide third-party stock and benefit plans administration services, which assist the U.S. Entity in discharging essential functions with regard to their stock and benefit plans;

4) To control access to facilities, safeguard data protection and prevent security breaches;

5) To fulfill our employment obligations under applicable law;

6) To ensure compliance, conduct audits and investigations, and pursue remedial action related to the Code of Business Conduct.

7) To support and coordinate global business relationships.

Address requests and any other questions concerning this section to your local Human Resources Department, or e-mail privacy@weatherford.com.

### SOLICITING

In order to ensure orderly and efficient operation of our business and prevent annoyance to you, it is necessary to control solicitations.

Soliciting or engaging in outside non-Company sponsored activities of any kind for any purpose on Company property during the time you are to be working or with another employee during the time that employee is to be working, is strictly prohibited. This includes selling raffle tickets, miscellaneous products, and other such activities. Any employee soliciting other employees will be subject to disciplinary action.

Distributing literature, pamphlets or printed matter of any kind on Company property by persons who are not employees of the Company is prohibited. Distributing or posting printed or graphic material of any description by employees on Company property is strictly prohibited.

Human Resources has the sole authority to approve or disallow any distribution or posting in connection with the above guidelines.

Bulletin boards are for the posting of all legally required notices and official Company announcements only.

Policy Reference: Soliciting

### SMOKING

All facilities are nonsmoking. Where possible, smoking will be permitted in designated areas. Each location will stand alone in making this decision but must follow safety guidelines, as well as all state and city ordinances regarding smoking areas.

Policy Reference: Smoking Policy

 **EMPLOYEE HANDBOOK - U.S.**

## WORKPLACE EXPECTATIONS (continued)

### UNION-FREE ENVIRONMENT

Weatherford operates union-free facilities, and as a result, you are not required to join a union or pay union dues. The Company is opposed to unionization and is dedicated to preserving a union-free operation. Employee involvement is a result of open, honest, two-way communication, which is frequently more difficult to achieve when a third party composed of outsiders is involved.

It is common for labor unions to attempt to organize union-free operations. Their first step is to distribute authorization cards for your signature thereby designating them as your spokesperson. If you ever receive such a card, we hope you will talk to Company management first and choose not to sign it. Whether a union gets into our business is, of course, a decision you would have to make – our commitment is to make the presence of a union entirely unnecessary.  Again, in keeping with our policy, we encourage open communication in order to foster positive employee relations.

## COMPENSATION AND BENEFITS

The Company is committed to its employees, and recognizes that compensation and benefits are an important part of your total rewards package. Therefore, it is our goal to provide you with competitive pay and a comprehensive benefits program.

### PAYDAY

Currently, U.S. salaried exempt employees are paid on a semi-monthly pay schedule and non-exempt, hourly employees are paid on a bi-weekly pay schedule. If a payday falls on a holiday, employees will be paid on the last business day preceding the normal pay date.

You are encouraged to review each pay check for accuracy. Contact your supervisor or the Payroll Department if there appears to be a problem or if you have any questions regarding any of the items on your pay check.

### OVERTIME

At times, the workload may necessitate working more than the normal forty (40) hour week. When this occurs, your cooperation is expected and appreciated so that we may better meet our business obligations. Scheduled overtime will be treated like any other work hours. Company attendance and punctuality practices will apply to scheduled overtime. Failure to meet those requirements may result in disciplinary actions. Working scheduled overtime is a condition of your employment.

Overtime is to be worked only with prior approval of your supervisor. Overtime will be paid in accordance with the Company's pay procedure for hourly employees and based on state and local regulations. Holiday, vacation and personal sick time are not included in overtime calculation.

The Company will make every reasonable effort to distribute overtime in a fair and equitable manner with consideration given to the particular need and job to be done.

 © 2017 Weatherford. All rights reserved. Handbook revised December 1, 2017.



**EMPLOYEE HANDBOOK - U.S.**

## COMPENSATION AND BENEFITS (continued)

### PAY TRANSPARENCY FOR FEDERAL CONTRACTORS

The Company will not discharge or in any other manner discriminate against employees or applicants because they have inquired about, discussed, or disclosed their own pay or the pay of another employee or applicant. However, employees who have access to the compensation information of other employees or applicants as a part of their essential job functions cannot disclose the pay of other employees or applicants to individuals who do not otherwise have access to compensation information, unless the disclosure is (a) in response to a formal complaint or charge, (b) in furtherance of an investigation, proceeding, hearing, or action, including an investigation conducted by the employer, or (c) consistent with the employee's legal duty to furnish information.

### PAYCHECK DISTRIBUTION

Paychecks can be viewed and printed from EMPLOYEE connect using the Employee Self-Service ePay feature. You also have the option to cancel your paper voucher.

Paychecks or paper vouchers will be mailed to your address on record.  If you do not receive your paycheck in a timely manner, please contact the Payroll Department immediately.

### DIRECT DEPOSIT

Employees are highly encouraged to select the direct deposit method for their pay. Direct deposit into a bank of your choice is the quickest way to receive your pay by having your funds deposited directly to your bank each payday. Another feature of direct deposit is your ability to deposit your money into a maximum of eight (8) separate accounts. This is another Company benefit provided for you. We encourage you to contact the Human Resources or Payroll Department to receive information on how you can use this service.

### EMPLOYEE BENEFITS

The Company's employee benefits program is an important and valuable part of your total compensation package providing protection today and security for the future. The Company offers two types of benefits—basic (company-paid) benefits and voluntary benefits.

Basic benefits include:

- Life Insurance
- Accidental Death & Dismemberment (AD&D)
- Critical Illness
- Disability
- Business Travel Accident Insurance
- Employee Assistance Program (EAP)

© 2017 Weatherford. All rights reserved. Handbook revised December 1, 2017.

 **EMPLOYEE HANDBOOK - U.S.**

## COMPENSATION AND BENEFITS (continued)

Voluntary benefits include:

- Medical, Dental and Vision coverage
- Additional Life Insurance, AD&D and Critical Illness
- Legal
- Hospital Indemnity and Accident Insurance
- Flexible Spending Accounts (FSA)
- Health Savings Account (HSA)
- 401(k) Savings Plan
- Employee Stock Purchase Plan

Employee benefit documentation can be found in the Library at www.weatherford.bswift.com. Enrollment in certain voluntary benefits may only occur during the initial eligibility period or the annual enrollment period. You are encouraged to carefully read the benefit documentation for details about each plan.

In the event of any changes to benefits, the most current benefit plan document will supersede this handbook.

### EDUCATION ASSISTANCE (FOR EMPLOYEES)

You are encouraged to develop the full potential of your talents and abilities. Enrollment in colleges, universities, and continuing education courses benefits you as an individual and as an employee.

The maximum employee reimbursement is $5,000 total per calendar year, up to a $25,000 lifetime limit.

To qualify, you must be a current employee with at least on (1) year of continuous full-time service, and be meeting the performance expectations for your job. Additionally, the educational opportunities must be aligned with your current or anticipated job duties. Approval must be obtained prior to beginning the course or program. Timeline requirements must be followed when requesting reimbursement.

Policy Reference: Education Assistance

### SCHOLARSHIP PROGRAM (FOR DEPENDENT CHILDREN OF EMPLOYEES)

We believe that education is one of the most important advantages that a parent can provide for their children. It is our pleasure to help our employees do so. We are pleased to have a scholarship program designed to improve educational opportunities and provide financial aid for higher education for your children. This program is for high school seniors and college students who qualify. You may locate the scholarship policy and application on the Weatherford intranet.

Policy Reference: Scholarship Policy and Application

 © 2017 Weatherford. All rights reserved. Handbook revised December 1, 2017.

 **EMPLOYEE HANDBOOK - U.S.**

---

## TIME OFF/LEAVES OF ABSENCE

### VACATION

The Company encourages you to use vacation for rest, relaxation and to spend time with your family.

Vacation is defined in terms of hours. One week of vacation equals forty (40) hours.

For all full-time employees, length of service will be used to determine eligibility and earned periods of vacation. In determining length of service, the adjusted service date will be used. Vacation will accrue and be credited to the employee's vacation balance each pay period based upon length of service, as follows:

Note:  Employees working in Alaska, California and Maryland have a separate vacation policy.

### ELIGIBLE ACCRUAL AMOUNT

| Length of Service | Semi-Monthly Accrual Per Pay Period (hours) | Bi-Weekly Accrual Per Pay Period (hours) | 12-Month Accrual Amount (hours) | Eligible Maximum Accrual Balance (hours) - AK, CA, MD, only |
|---|---|---|---|---|
| 0 years - 5th anniversary date | 3.33 | 3.08 | 80 | 120 |
| 5+ years - 10th Anniversary date | 5.00 | 4.62 | 120 | 180 |
| 10+ Years - 15th Anniversary date | 6.67 | 6.15 | 160 | 240 |
| 15+ years | 8.33 | 7.69 | 200 | 300 |

Employees may take accrued vacation in a minimum of one (1) hour increments at any time, subject to approval of their appropriate supervisor or manager. Available hours can be viewed and requested online through Employee Connect by navigating to Employee Self Service/Personal Information/View Leave Summary or Apply Leave.

It is the supervisor's responsibility to ensure that all employees request leave through Employee Connect. Nonexempt employees will record vacation taken on their regular timekeeping sheet. The Payroll Department will keep a record of vacation accrued and taken and the vacation balance will be shown on the employee's pay stub each pay period.

### FOR EMPLOYEES NOT WORKING IN AK, CA & MD:

Employees may borrow up to 40 hours of their annual vacation amount, prior to accruing it. At no time shall the vacation balance be more than 40 hours in the negative.

A maximum of 40 hours of accrued and unused vacation may be carried over from one calendar year to the next. Any unused positive balance greater than 40 hours will be forfeited at the end of each calendar year. Negative balances will carry over to the next calendar year.

Earned but unused vacation hours will not be paid out in the event of termination of employment, unless required by state law.

Policy Reference: Vacation for U.S. Employees, Vacation for AK, CA & MD Employees

 **EMPLOYEE HANDBOOK - U.S.**

## TIME OFF/LEAVES OF ABSENCE (continued)

### HOLIDAYS

All full-time and part-time employees will receive ten (10) holidays each calendar year. Holidays are to be observed as follows:

New Year's Day
Good Friday
Memorial Day
Independence Day
Labor Day
Thanksgiving Day
Day after Thanksgiving
Christmas Eve
Christmas Day

Floating Holiday (to be assigned by Corporate Human Resources Department)

During the beginning of each year, a holiday schedule will be posted on bulletin boards as well as the intranet designating the observance of each holiday.

All full-time employees are eligible to receive eight (8) hours of holiday pay at their regular base rate.

In order to qualify for holiday pay, you must work your full scheduled eight (8) hours on the shift immediately preceding and immediately following the holiday. Exceptions to this rule include those on previously approved vacation, those serving on jury duty, those qualifying for funeral leave, those off due to an on-the-job injury, or those receiving disability payments. If you are off due to illness, you may be required to provide a doctor's excuse in order to receive holiday pay.

Holiday pay during absences will be paid at the employee's base rate for a maximum of eight (8) hours per day and will be paid in lieu of any sick pay for that day. Holiday pay during paid leaves of absence will be paid at your current eligible benefit rate level. The benefit rate levels are 60%, 80% or 100%.

Holiday pay will not be awarded to inactive employees or employees who are out due to extended illness or injury (LTD) or taking an unpaid leave of absence. Personal/Sick Leave cannot be used to extend a holiday.

### PERSONAL/SICK LEAVE

Personal/Sick Leave is provided to the employee to use in cases of personal or family illness, doctor visits, parent/teacher conferences, and any other type of personal business, which may not be handled outside normal working hours. All full-time, hourly employees will receive fifty-six (56) hours per calendar year. Personal/sick days do not count towards the calculations of overtime or to extend a holiday. Likewise, if a facility cuts back to less than 40 hours per week, personal/sick leave may not be used to supplement hours.

New employees will be credited with a prorated number of hours through the remainder of the calendar year, up to a maximum of fifty-six (56) hours and a minimum of 24 hours.

Personal and sick leave hours are the same. Personal/Sick Leave is available for hourly employees. Salaried employees are excluded. Personal/Sick Leave should be managed and approved by your supervisor.

When paid Personal/Sick Leave is taken, the remaining balance will be shown on the employee's pay stub each pay period.

 © 2017 Weatherford. All rights reserved. Handbook revised December 1, 2017.



**EMPLOYEE HANDBOOK - U.S.**

## TIME OFF/LEAVES OF ABSENCE (continued)

Personal/Sick Leave must be approved and excused by the employee's immediate supervisor. It is the supervisor's responsibility to ensure that all leave taken is recorded on the employee's time record and submitted to the Payroll Department. It is the supervisor's responsibility to verify available hours before approving Personal/Sick Leave.

To be fair to all employees, Personal/Sick Leave cannot be used to extend a vacation, holiday or a weekend.

Absences for jury duty, military duty and death-in-family may be authorized in addition to the provision of this policy. Such absences are governed by separate written policies for each subject area.

You should be reminded that the Company provides short-term and long-term disability coverage, which further protects you in case of serious illness or disability.

This policy strictly prohibits duplicate payments during absence. You may not be paid benefits under this policy in addition to disability or workers' compensation payments.

If your request is granted for an extended leave of absence, your Personal/Sick Leave benefit under this policy should be used first. This serves to minimize the actual period of unpaid absence and it clears the employee's record.

A doctor's excuse may be required when off for more than three (3) consecutive days, upon the request of the employee's supervisor or Human Resources. The Company may also require a doctor's certification that an employee is physically able to return to the normal level of activity when off for more than three (3) consecutive days.

Employees who are promoted or transfer from an hourly or salaried nonexempt position to a salaried position automatically forfeit their personal/sick hours. Employees as of December 31 will be credited fifty-six (56) hours at the beginning of each year.

Policy Reference: [Personal or Sick Leave for Non-Exempt Employees](#)

## LEAVES OF ABSENCE

The following will briefly describe the various leaves of absences that are available to employees.  Please be sure to read the Leaves of Absence Policy to understand each type of leave and how they work.

Policy Reference: [Leaves of Absence Policy](#)

### INJURY OR ILLNESS

Leave for medical reasons must be supported by a physician's statement giving a complete description of the disability, prognosis and the return date. For extended absences, the Company may request that the employee provide medical documentation. For any disability, the Company reserves the right to review the recommendation of your physician and may require you to see a physician of the Company's choice. If information is not provided to the Company, your pay and continued employment may be affected. While injury or illnesses may fall under Family and Medical Leave Act (FMLA), Short-Term Disability (STD), Long-Term Disability (LTD), Americans with Disabilities Act (ADA) or a combination of these, it is still your responsibility to provide the Company with any required documentation of your condition.

### FAMILY AND MEDICAL LEAVE ACT (FMLA)

The overall well-being of employees is important to the Company. While each employee's contribution on the job is valued, it is recognized that family situations may necessitate temporary absences. The FMLA provides time off without pay for employees, male or female, to care for a newborn or newly adopted child, a seriously ill member of the immediate family or an employee's own serious health condition.

© 2017 Weatherford. All rights reserved. Handbook revised December 1, 2017.

 **EMPLOYEE HANDBOOK - U.S.**

## TIME OFF/LEAVES OF ABSENCE (continued)

A member of the immediate family for purposes of this policy is defined as parent, spouse or dependent child. Serious illness situations are those in which the family member is incapacitated or bedridden, and requires ongoing care by the employee. "Spouse" is defined as the other person with whom an individual entered into marriage as defined or recognized under State law for purposes of marriage in the State in which the marriage was entered into, or, in the case of a marriage entered into outside of any State, if the marriage is valid in the place where entered into, including common law and same-sex marriages.

Request for FMLA leave must be made through Weatherford's Leave Administrator as soon as the need is confirmed. Employees are encouraged to discuss individual concerns and needs with their supervisors or with their Human Resources Department.

Employees are eligible for family care leave if they have been employed for at least twelve (12) months and have worked at least 1,250 hours during the previous twelve (12) month period. A total of twelve (12) work weeks in a rolling twelve (12) month period can be taken under the FMLA.

Employees may take up to 26 weeks of unpaid family/medical leave to care for a service member who is your spouse, child, parent or next of kin with a serious illness or injury incurred in the line of duty while on active duty as a member of the Armed Forces, including the National Guard or Reserves, and is: undergoing medical treatment, recuperation or therapy; assigned to a unit providing command and control of Armed Forces' members who are receiving outpatient medical care; or on the temporary disability retired list.

Paid leave will count toward the total twelve (12) work weeks. Vacation is considered paid leave, and will be counted as part of the twelve (12) week period when used to supplement or extend a leave. If you wish to appeal a decision denying your leave of absence request, contact Weatherford's Leave Administrator.

Please contact Weatherford's Leave Administrator for state-specific guidelines or to request FMLA leave.

### SHORT-TERM DISABILITY

The Company provides disability income protection up to 180 days at no cost to eligible employees who are unable to work because of pregnancy or non-work related illnesses and injuries. Please refer to the Leaves of Absence Policy for eligibility and coverage.

### MILITARY

It is the policy of the Company to support the armed forces of the United States by enabling employees to serve our country while retaining the maximum possible benefits. The Company recognizes only those branches of the armed forces created by the United States Congress.

Eligible employees who are serving in Annual Reserve Training or Emergency Military Service may be eligible for supplementary pay as well as leave. For complete details, consult with Human Resources.

© 2017 Weatherford. All rights reserved. Handbook revised December 1, 2017.

 **EMPLOYEE HANDBOOK - U.S.**

## TIME OFF/LEAVES OF ABSENCE (continued)

### BEREAVEMENT

To assist you when there is a death in your immediate family, the Company will grant you a maximum of three (3) consecutive work days, with pay, in order to give you time to take care of legal matters, funeral arrangements and to attend the funeral.

The term "immediate family" is limited to spouse, children (including stepchildren and grandchildren), parents and step-parents (including grandparent), brother (including brother-in-law), sister (including sister-in-law), mother-in-law, father-in-law, son-in-law, and daughter-in-law.

### CIVIC DUTY

The Company views voting, Jury Duty, and Witness Duty as a civic responsibility and urges you to fulfill this obligation. You are encouraged to vote before or after work; however, if you have a conflict with scheduling, consult your immediate supervisor for available time.

It is our policy that you should not suffer from loss of pay while serving on Jury Duty or qualifying Witness Duty. Therefore, you will be paid your base pay (not to exceed forty (40) hours per week) for time lost from regularly scheduled work.

### NATURAL DISASTER/OTHER UNCONTROLLABLE EVENT

The Company has established procedures for situations when employees may be allowed excused time off due to natural disasters or other uncontrollable events.

### UNPAID PERSONAL LEAVE

Unpaid leave may be approved for up to 30 days for compelling personal reasons. The reason for the request and the expected duration of the leave must be submitted in writing to Human Resources. If the leave is granted, failure to return at the designated time following the leave of absence will be considered a resignation. Extensions in the leave duration period may be considered under special circumstances. An employee must have one year of service to be eligible for a personal leave of absence.

© 2017 Weatherford. All rights reserved. Handbook revised December 1, 2017.   **37**

 **EMPLOYEE HANDBOOK - U.S.**

## EMPLOYEE HANDBOOK ACKNOWLEDGEMENT

I acknowledge that I have received a copy of the Weatherford Handbook for U.S. Employees dated December 1, 2017. I further acknowledge and understand that neither this handbook nor any of its contents constitute a promise of continued employment or benefits. I also acknowledge and understand that the handbook serves as a guideline, is not all-inclusive, IS NOT A CONTRACT OF EMPLOYMENT, supersedes any previous handbook material; and provisions herein may be amended at management's sole discretion at any time without prior notice to me.

I agree that it is my responsibility to be familiar with the contents of this handbook. I agree to abide by the policies set forth therein and understand that disregard for the stated policies is considered grounds for dismissal. By my signature, I also acknowledge that my employment is at-will and for an indefinite term. I understand that I can terminate my employment at any time for any reason or no reason at all, and the company can do likewise. Termination of my employment may occur by retirement, resignation, mutual agreement, layoff, immediate discharge, or any other reason maintained by either myself or by the Company.

I also understand and acknowledge that the Company may from time to time advance funds, expenses and Company property to me for the purpose of discharging my duties. As consideration for those advancements, I agree and authorize the company at its sole discretion at any time to withhold from my payroll check or reimbursement of expenses or otherwise such amounts relating to those advances of funds or relating to any unauthorized use of the Company's property, to the extent allowed by applicable federal, state or local law.



*The information contained herein is set forth merely as a guideline, and each matter is decided on an individual basis. Further, the Company (Weatherford International Ltd.) reserves the right to change any guidelines, compensation or benefits at any time without notice unless otherwise stated. All references in this handbook to the "Company," refer to Weatherford. Policies contained in this handbook are summarized, and reference should be made to the actual policy in the Management Guide for specific information or interpretation.*

 © 2017 Weatherford. All rights reserved. Handbook revised December 1, 2017.

EMPLOYEE HANDBOOK - U.S.

## NOTES



# WELCOME TO WEATHERFORD

When you join Weatherford, you become part of an organization that expects its employees to play a significant role in the future of the Company.

Our success is built around your success. And we provide you with all the tools, knowledge and training you need to succeed. From there, it is up to you to create your career future.

Launch a high-powered career with an energy industry powerhouse. Live the Weatherford adventure. If you know someone who may be interested in living the Weatherford adventure, encourage them to become a part of this dynamic organization by visiting our website at **weatherford.com/careers**.

**WEATHERFORD.COM**

CONNECT WITH WEATHERFORD

    

© 2017 Weatherford. All rights reserved.   7912.00

Weatherford products and services are subject to the Company's standard terms and conditions, available on request or at weatherford.com. For more information contact an authorized Weatherford representative. Unless noted otherwise, trademarks and service marks herein are the property of Weatherford and may be registered in the United States and/or other countries. Weatherford products named herein may be protected by one or more U.S. and/or foreign patents. Specifications are subject to change without notice. Weatherford sells its products and services in accordance with the terms and conditions set forth in the applicable contract between Weatherford and the customer.