UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:23-cv-04045-RGK-JC | Date | 7/10/2023 |
| Title | ARTHUR DENHAM V. WEATHERFORD U.S. L.P. ET AL | | |

Present: The Honorable R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE

| Joseph Remigio | Katherine Stride | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| James Cordes | Heather Hearne |

**Proceedings:** **SCHEDULING CONFERENCE**

Case called. Court and counsel confer. The Scheduling Conference is held and the Court sets the following dates:

| | |
|---|---|
| Jury Trial (Est. 4–6 days): | March 12, 2024 at 09:00 AM |
| Pretrial Conference: | February 26, 2024 at 09:00 AM |
| Motion Cut-Off Date (last day to file): | December 26, 2023 |
| Discovery Cut-Off Date (fact discovery): | December 12, 2023 |

Last day to amend the complaint or add parties is 8/10/2023. The parties shall participate in ADR SP2.

**IT IS SO ORDERED.**

:02
Initials of Preparer: jre